TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
GERALYN GULSETH, CSBN 160872
Special Assistant United States Attorney
  Social Security Administration
  160 Spear St., Suite 800
  San Francisco, CA  94105
  Telephone: (510) 970-4819
  Facsimile: (415) 744-0134
  Email: Geralyn.Gulseth@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| TRACY COLLINS WAGNER,<br><br>  Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI,<br>Commissioner of Social Security,<br><br>  Defendant. | No. 2:21-CV-00787-AS<br><br>[~~PROPOSED~~]<br>ORDER EXTENDING TIME FOR FILING PARTIES' JOINT SUBMISSION |

Based upon the parties' stipulation and good cause appearing, Defendant's time to return her portions of the Joint Submission is hereby extended to February 18, 2022, Plaintiff will have until March 4, 2022 to submit her reply to Defendant, and Defendant will file the Joint Submission by **March 11, 2022**.

IT IS ORDERED.

DATED: January 6, 2022             / s / Sagar
                          THE HONORABLE ALKA SAGAR
                          UNITED STATES MAGISTRATE JUDGE